IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:13-CV-574

| | |
|---|---|
| Jesus Raya Torres,<br><br>          Plaintiff,<br><br>v.<br><br>ADM Milling Company,<br>     Defendant/Third-Party Planitiff,<br><br>v.<br><br>CICA, Inc.<br>          Third-Party Defendant. | **ORDER** |

  **THIS CAUSE** came before the undersigned upon Defendant/Third-Party Plaintiff's Motion to Stay the Initial Attorneys Conference.

  **IT APPEARS** to the Court that there is good cause to allow the Motion to Stay the Initial Attorneys Conference. Specifically, with the filing of the Third-Party Complaint, there has not yet been joinder of the issues and Plaintiff's counsel consent to this Motion.

  **IT IS, THEREFORE, ORDERED THAT** the Defendant/Third-Party Plaintiff's Unopposed Motion to Stay for an Initial Attorneys Conference is granted. This Court will issue a new Order for Initial Attorneys Conference once the Third-Party Defendant files its Answer to Third-Party Complaint.

**SO ORDERED.**

Signed: November 1, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge