IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-574-GCM

| | |
|---|---|
| **JESUS RAYA TORRES,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **ADM MILLING COMPANY,** ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William David Howard,** filed November 22, 2013 [doc.# 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Howard is admitted to appear before this court *pro hac vice* on behalf of defendant, ADM Milling Company.

**IT IS SO ORDERED.**

Signed: November 25, 2013

Graham C. Mullen
United States District Judge