IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO: 3:13-CV-574

| | | |
|---|---|---|
| JESUS RAYA TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADM MILLING COMPANY, | ) | AMENDED SCHEDULING ORDER |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CICA, INC. and BUILDERS MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

FILED
CHARLOTTE, NC
MAY 1 2 2015
US District Court
Western District of NC

Upon the consent of the parties to this action and for good cause shown, it is hereby ORDERED that:

1. All dispositive motions shall be filed on or before thirty days from the latest date of: (1) service of any response to requests for production of documents ordered by the Court to be produced pursuant to a party's discovery motion, [DE 42], [DE 44], [DE 48] and [DE 46] amended by [DE 50]; or (2) entry of an order denying the discovery motions if no further discovery is ordered.

2. This amended scheduling order does not affect any of the other deadlines set forth in the original Pretrial Order and Case Management Plan [DE 15] as amended by the latest Pretrial Order and Case Management Plan [DE 40], including but not limited to the deadline to complete discovery and the trial date set therein.

1848374 v1

3.   For all other relevant instructions, the parties are to refer to the original and amended Pretrial Order and Case Management Plan [DE 15, 40].

IT IS SO ORDERED this the 12th day of May, 2015.

_Graham C. Mullen_
Graham C. Mullen
United States District Judge

1848374 v1