IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-574-GCM

| | |
|---|---|
| JESUS RAYA TORRES, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ADM MILLING COMPANY, *et al*, ) | |
|     Defendants. ) | |

THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION.

Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **April 11, 2016** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: August 31, 2015

Graham C. Mullen
United States District Judge